UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID UPTON, | ) CASE NO. ED CV 10-515-ABC (PJW) |
| Petitioner, | ) |
| | ) J U D G M E N T |
| v. | ) |
| MATTHEW CATES, | ) |
| Respondents. | ) |

Pursuant to the Order Dismissing Petition Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: April 14, 2010

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\~1996464.wpd